DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INSIDE THE ART OF CRAFTSMANSHIP CORPORATION,**
Appellant,

v.

**DESIGN CENTER OF THE AMERICAS,**
Appellee.

No. 4D17-1411

[January 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 16-23238(03).

Kevin Fabrikant, Fabrikant & Associates PLLC, Hollywood, for appellant.

Alex P. Rosenthal, Rosenthal Law Group, Weston, for appellee.

PER CURIAM.

*Affirmed.  See Poal Wk Taft, LLC v. Johnson Med. Ctr. Corp.*, 45 So. 3d 37 (Fla. 4th DCA 2010).

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***